428 A.2d 261

Commonwealth v. Johnson, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Case remanded for further proceedings consistent with this opinion.